IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RAFI WALI MCCALL,                        §
Institutional ID No. 75238               §
                                         §
                         Plaintiff,      §
                                         §
v.                                       §    CIVIL ACTION NO.  1:21-CV-00199-C
                                         §
LASALLE CORRECTIONS ROLLING              §
PLAINS DETENTION CENTER, *et al.*,       §
                                         §
                         Defendants.     §

## SHOW CAUSE ORDER

Plaintiff filed a civil rights complaint.  On November 16, 2021, this Court ordered Plaintiff to pay the filing fee of $402.00 or to file the following document(s) within twenty (20) days from the date of that Order:

[X]    A signed Application to Proceed *in Forma Pauperis*;

[X]    A certified copy of his inmate trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his complaint, certified by one of the officers at the institution where Plaintiff is incarcerated;

Plaintiff filed a non-compliant affidavit of indigency on December 9, 2021 but has otherwise failed to comply with the prior Order.

It is, therefore, ORDERED that Plaintiff shall have twenty (20) days from the date of this Order to:

(1)    file the above document(s) marked with an "X" **OR**

(2) file a sworn affidavit or unsworn declaration made under penalty of perjury under 28 U.S.C. § 1746, setting forth the specific steps he has taken to attempt to comply with the prior Order, or his reasons for failing to comply **AND**

(3) attach copies of any relevant consent forms or other supporting information to Plaintiff's sworn affidavit or unsworn declaration.

**Plaintiff is reminded that false statements in his pleadings may result in sanctions against him, including dismissal with or without prejudice, and that false statements in an affidavit or unsworn declaration made under penalty of perjury may result in prosecution for perjury**.

**The failure of Plaintiff to respond to this Order shall result in the dismissal of this cause without further notice**.

SO ORDERED.

The Clerk will mail an application to proceed *in forma pauperis* and certificate of inmate trust account with authorization to Plaintiff along with this Order.

Dated December 28, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE