IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RAFI WALI MCCALL,                            §
Institutional ID No. 75238,                  §
SID ID No. 83073-080,                        §
                                             §
            Plaintiff,                       §
                                             §
v.                                           §    Civil Action No. 1:21-CV-00199-BU
                                             §
LASALLE CORRECTIONS, *et. al.*,              §
                                             §
            Defendants.                      §

## ORDER DENYING MOTION FOR SERVICE

Plaintiff RAFI WALI MCCALL filed this lawsuit under 42 U.S.C. § 1983 claiming that various officials at the Rolling Plains Detention Center violated his rights through negligence, fraud and manipulation, and cruel and unusual punishment. Dkt. No. 1. at 3. McCall is currently incarcerated at the Ector County Detention Center. *Id.*

The Court granted McCall leave to proceed in forma pauperis, which subjects his Complaint to the Court's preliminary screening under 28 U.S.C. § 1915. Dkt. No. 10. And because McCall, an inmate, brings his suit against government officials, his Complaint is also subject to screening under 28 U.S.C. § 1915A. The case was transferred to the undersigned to conduct the preliminary screening required by those statutes. Dkt. No. 5.

Now before the Court is a handwritten summons filed by McCall that have been docketed as a Motion for Summons to be Issued. Dkt. No. 15. Through this motion, McCall seeks to have summonses served on the Defendants. *Id.*

In the "Instructions to a Prisoner Pro Se Plaintiff" provided to McCall when he filed this lawsuit, he was instructed that "[i]f the Court grants leave to proceed in forma pauperis, *service of process will be withheld* pending review of your complaint. . . ." Dkt. No.3 at ¶ 5 (emphasis added). And in the Order granting McCall leave to proceed in forma pauperis, the Court informed McCall that "*[s]ervice of process shall be withheld* pending judicial screening pursuant to 28 U.S.C. § 1915(e)(2). Dkt. No. 10 at 2 (emphasis added).

Because McCall's Complaint remains under preliminary review, *service of process will be withheld*. And because there is no legal basis for McCall's motion, it is frivolous and DENIED.[1]

**The Court cautions McCall that the filing of frivolous motions and the failure to follow instructions from the Court may significantly delay the Court's judicial screening of his claims.**

ORDERED this 13th day of October, 2022.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

---

[1] A frivolous motion lacks any arguable basis, either in fact or in law, for the relief sought. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A motion lacks an arguable basis in fact if it rests upon clearly baseless factual contentions, and similarly lacks an arguable basis in law if it contains indisputably meritless legal theories. *See id.* at 327; *Geiger v. Jowers*, 404 F.3d 371, 373 (5th Cir. 2005).