IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RAFI WALI MCCALL,<br>Institutional ID No. 75238<br>SID ID No. 83073-080, | § § § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:21-CV-00199-BU |
| | § | |
| LASALLE CORRECTIONS, *et al.* | § | |
| | § | |
| Defendants. | § | |

## <u>**ORDER FOR AUTHENTICATED RECORDS**</u>

To:   Rolling Plains Detention Center/LaSalle Corrections
      118 County Road 206
      Haskell, TX 79521

Pro se Plaintiff RAFI WALI McCALL, an inmate with the Federal Bureau of Prisons (BOP), filed this 42 U.S.C. § 1983 action complaining of events alleged to have occurred during his incarceration at the Rolling Plains Detention Center. The undersigned magistrate judge is conducting the preliminary screening required by the Prison Litigation Reform Act, which requires a determination of whether an action filed *in forma pauperis* is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).

To aid in that determination, the Court finds that the authenticated records from the above listed officials are necessary to further develop the known facts in this case. *See Norton v. Dimazana*, 122 F.3d 286, 292 (5th Cir. 1997) (stating that a court "may require

1

the defendants in prisoner-rights cases to construct an administrative record to assist the court in determining whether the complaint is frivolous."). The Court may rely only on records that are adequately reliable; the records must be properly identified and authenticated. *Wilson v. Barrientos*, 926 F.2d 480, 483 (5th Cir. 1991).

Upon receipt by the Court, the authenticated records will be maintained in chambers and reviewed solely for screening purposes. Because the materials provided sometimes contain information protected by law, records submitted in response to this Order must not be filed with the Clerk unless the Court dismisses any of Plaintiff's claims through the screening process and Plaintiff appeals the dismissal. In that event, all authenticated records received under the Court's Order will be made a sealed part of the record and forwarded to the Court of Appeals.

It is **ORDERED** that the officials listed above must provide the Court with *authenticated and verified* copies of all records pertaining to the specific allegations in Plaintiff's Complaint, including any relevant videos or other surveillance video. The Clerk of Court is directed to provide the above officials with a copy of Plaintiff's Complaint, Dkt. No. 1, and the Transfer Order, Dkt. No. 11, along with this Order. An authorized custodian of the records of the above institution must execute the attached Certification of Business Records (Certification) and attach the executed Certification to the records provided to the Court. The records and executed Certification must be provided to the Court on or before **March 1, 2024**.

This Order does not require action from Plaintiff. Plaintiff is admonished that filing documents in response to this Order will likely delay the resolution of his claims. The Clerk shall mail a copy of this Order and Plaintiff's Complaint to the above-listed addresses.

ORDERED this 9th day of February, 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RAFI WALI MCCALL,                              §
Institutional ID No. 75238                     §
SID ID No. 83073-080,                          §
                                               §
       Plaintiff,                          §
                                               §
v.                                             §   Civil Action No. 1:21-CV-00199-BU
                                               §
LASALLE CORRECTIONS, *et al.*                  §
                                               §
       Defendants.                         §

## CERTIFICATION OF BUSINESS RECORDS

     My name is _____.  I am over 18 years of age, of sound mind, capable of making this certification, and have personal knowledge of the facts herein stated:

1.    I am employed as the _____ by _____.  I am the authorized custodian of the records at_____, and I have authority to certify its records.

2.    The records attached to this certification are true and correct copies of the original records of _____.

3.    The records attached to this certification were made at or near the time of the act, event, condition, opinion, or diagnosis recorded.

4.    The records attached to this certification were made by—or from information transmitted by—someone with knowledge of the act, event, condition, opinion, or diagnosis recorded.

5.    It was the regular practice of _____to make the records attached to this certification, and such records are kept in the course of regularly conducted activity at this business, organization, or entity.

     In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
          (Date)                      Signature