IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RAFI WALI MCCALL, | § | |
| Institutional ID No. 75238, | § | |
| SID ID No. 83073-080, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:21-CV-00199-BU |
| | § | |
| LASALLE CORRECTIONS, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER TO COMPLETE SECOND
MAGISTRATE JUDGE'S QUESTIONNAIRE**

Plaintiff, RAFI WALI MCCALL, is ORDERED to complete the attached

Questionnaire. Plaintiff must certify under penalty of perjury that his answers to this

Questionnaire are true by signing the included Certification. Plaintiff's responses to the

Questionnaire and his certification must both be returned to the United States District

Clerk, Abilene Division, P.O. Box 1218, Abilene, Texas, 79604 no later than **March 1,**

**2024.**

The purpose of this Second Questionnaire is to assist the Court in conducting its

preliminary screening of Plaintiff's claims. Therefore, Plaintiff should read each question

carefully and respond with facts specific to the question asked. Otherwise, the screening

process may be delayed, or Plaintiff's claims may be dismissed.

1

Plaintiff is cautioned that failure to return the completed Second Questionnaire and Certification within the time above will likely result in dismissal of his claims.

Plaintiff is also ORDERED to immediately notify the Court of any change of his address by filing a document captioned "NOTICE OF CHANGE OF ADDRESS." This document must contain only information regarding the change of address, including effective date, and not seek any other relief from the Court.

ORDERED this 9th day of February, 2024.

_____

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RAFI WALI MCCALL,<br>Institutional ID No. 75238,<br>SID ID No. 83073-080,<br><br>Plaintiff,<br><br>v.<br><br>LASALLE CORRECTIONS, *et. al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:21-CV-00199-BU |

## **SECOND QUESTIONNAIRE AND DECLARATION**

On this date Plaintiff, under penalty of perjury, provides the following answers and information as required by the Court.

**Question No. 1:** You name various LaSalle Corrections Rolling Plains Detention Center staff defendants. For a defendant to be found responsible for depriving an inmate of a constitutional right, the defendant must be personally involved.

In the space below, state how each defendant was personally involved in the violation of your rights. For each defendant, state specifically all acts or omissions, if any, committed by each defendant which caused the deprivation of your constitutional rights, and any harm you experienced as a result of each incident.

(begin on the next page)

2

**Question No. 1:**

You appear to claim in your response to the first questionnaire that you were falsely charged and convicted for not cleaning off the top bunk to make room for a new inmates to be moved into pod A-17. Dkt. No. 14 at 5, 7.  Is this accurate and, if not, explain what actually happened.

In regard to the situation described above, answer the following questions:

(a) What specific infraction(s) were you charged with?

(b) Were you given a hearing on the charge?

(c) Did you receive notice of the hearing before it happened?

(d) Describe what evidence was presented at the hearing by Rolling Plains and by you.

(e) Were you convicted of the charge(s) and, if so, which ones?

(f) If you were convicted of a charge, did you appeal or grieve that conviction?

(g) If you were convicted of a charge, was that charge ever reversed, invalidated,

expunged, or otherwise set aside?

(h) If you were convicted of a charge, what penalty did you receive?

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RAFI WALI MCCALL,<br>Institutional ID No. 75238,<br>SID ID No. 83073-080,<br><br>        Plaintiff,<br><br>v.<br><br>LASALLE CORRECTIONS, *et. al.*,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:21-CV-00199-BU |

## CERTIFICATION UNDER 28 U.S.C. § 1746

I, RAFI WALI MCCALL, understand that a false answer to any of the questions in the Magistrate Judge's Second Questionnaire will subject me to the penalties of perjury. With this understanding, I certify under penalty of perjury that my answers to the Magistrate Judge's Second Questionnaire are true and not false in any respect.

_____          _____
Date                                                          RAFI WALI MCCALL

5