IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RAFI WALI MCCALL, <br> Institutional ID No. 75238 <br><br> Plaintiff, <br><br> v. <br><br> LASALLE CORRECTIONS ROLLING <br> PLAINS DETENTION CENTER, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 1:21-CV-00199-BU |

## ORDER GRANTING EXTENSION

Before the Court is a Motion to Extend Time to Produce Authenticated Records, Dkt. No. 26, in which counsel for LaSalle requests an extension of time to comply with this Court's Order for Authenticated Records, Dkt. No. 23.

The Court finds that an extension is warranted is will not result in prejudice to the parties as this case is administratively closed. *See* Dkt. No. 25. Accordingly, it is ORDERED that the deadline to comply with the Order for Authenticated Records is extended until Monday, April 1, 2024.

ORDERED this 22nd day of February 2024.

_____

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE