IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RAFI WALI MCCALL, | § | |
| Institutional ID No. 75238 | § | |
| SID ID No. 83073-080, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:21-CV-00199-BU |
| | § | |
| LASALLE CORRECTIONS, *et al.* | § | |
| | § | |
| Defendants. | § | |

## **ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Plaintiff RAFI WALI MCCALL, a prisoner currently incarcerated at the Federal Bureau of Prisons and proceeding pro se, filed this civil action on November 4, 2021, complaining violations of his rights through negligence, fraud and manipulation, and cruel and unusual punishment during his time as a detainee at the Rolling Plains Detention Center. Dkt. No. 1 at 3. On February 9, 2024, the Court ordered McCall to complete a second screening questionnaire. Dkt. No. 24. McCall now asks for an extension to complete his screening questionnaire. *See* Dkt. No. 29. McCall's Motion (Dkt. No. 29) is GRANTED. McCall is ordered to return his questionnaire to this Court by **March 19, 2024**. McCall is reminded that failure to return the completed Second Questionnaire and Certification within the time above will likely result in dismissal of his claims.

ORDERED this 5th day of March, 2024.

_____

2

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE